**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-7291**

—————————

ARTHUR RODGERS,

             Plaintiff - Appellant,

        v.

MICHAEL STALLINGS; LEAH YOUNGBLOOD; SERGEANT WHITACRE;
OFFICER PORTMESS; SOTTAS; LAMBERT; UNKNOWN NBCI PRISON
STAFF; SCOTT OAKLEY; ROBIN WOOLFORD,

             Defendants – Appellees

        and

OORT,

             Defendant.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, Chief District
Judge.  (1:12-cv-03778-CCB)

—————————

Submitted:  January 22, 2015        Decided:  January 27, 2015

—————————

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Arthur Rodgers, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Rodgers seeks to appeal the district court's order denying Rodgers' motions for discovery and appointment of counsel in his 42 U.S.C. § 1983 (2012) civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Rodgers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny the pending motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2